## T. C. Fredrich, Appellant, v. Charles J. Wolf and Edmund J. Thiele, Executor of Estate of Margaret Thiele, Deceased, Appellees.

Gen. No. 41,150.

 Heard in third division, first district, this court at February term, 1940; opinion filed December 9, 1942. Harry A. Biossat, for appellant; Healy & Reid and Frederick B. Roos, for appellee Edmund J. Thiele. Opinion by JUSTICE KILEY. "Not to be published in full."